# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

148146

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

INDEPENDENT BANK,
      Plaintiff-Appellee,

v

CITY OF THREE RIVERS,
      Defendant-Appellee,
and

THEODORE P. HENTCHEL, JR., Individually
and as Trustee of the VICTORIA MAY
HENTCHEL TRUST, UAD 9/27/2002,
      Defendant-Appellant.

SC: 148146
COA: 305914
Calhoun CC: 2011-000757-CZ

_____/

      On order of the Court, the application for leave to appeal the October 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014

t0224

Clerk